Commonwealth *v.* Alexander, Appellant.

Before CARSON, JR., J., without a jury.

Submitted June 10, 1974. *Richard*

*H. DiMaio* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Paul J. Sullivan, Mark Sendrow, David Richman,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.